AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

INTERNATIONAL PAINTERS AND ALLIED
TRADES INDUSTRY PENSION FUND

**SUMMONS IN A CIVIL CASE**

V.

AMERICAN PAINTING, INC.
a/k/a American Painting Inc
a/k/a American Painting Inc.
a/k/a America Painting, Inc.
and
MARC A. CANCILLA

CASE NUMBER   1:07CV00388

JUDGE: Ellen Segal Huvelle

DECK TYPE: Labor/ERISA (non-employment)

DATE STAMP: 02/28/2007

TO: (Name and address of Defendant)

AMERICAN PAINTING, INC.
a/k/a American Painting Inc
a/k/a American Painting Inc.
a/k/a America Painting, Inc.
48 Gath Terrace
Tonawanda, NY ~~41450~~ 14150

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

SANFORD G. ROSENTHAL, ESQUIRE
JENNINGS SIGMOND, PC
THE PENN MUTUAL TOWERS, 16TH FLOOR
510 WALNUT STREET
PHILADELPHIA, PA  19106

an answer to the complaint which is served on you with this summons, within **twenty (20)** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

CLERK

(By) DEPUTY CLERK

DATE   FEB 22 2007

# AFFIDAVIT OF SERVICE ON A CORPORATION

| | | |
|---|---|---|
| State of: District of Columbia | County of: | |
| Court: U.S. District | Index #: | 1:07CV00388 |
| | Date Purchased: | 2/23/2007 |

*Plaintiff/Petitioner:*

International Painters And Allied Trades Industry Pension Fund

*Defendant/Respondent:*          vs:

American Painting, Inc. a/k/a American Painting Inc a/k/a American Painting Inc. a/k/a America Painting, Inc., et.al.

State of: NY
County of: Niagara

Andrew D. Zimmermann, being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides at: Tonawanda, NY
that on: **3/12/2007** at: **9:35pm** at: 48 Gath Terrace, Tonawanda, NY  14150
deponent served the within:

**Summons & Complaint**

\*    PAPERS SERVED WITH INDEX # & DATE PURCHASED
\*    Return Date if any:

ON:  American Painting, Inc. a/k/a American Painting Inc a/k/a American Painting Inc. a/k/a America Painting, Inc.

CORPORATION    A corporation, by delivering thereat a true copy of each to: Marc A. Cancilla
☒            personally, deponent knew said corporation so served to be the corporation, described in same as Defendant
              and knew said individual to be: Owner    ,thereof an authorized person to accept service of process.

DESCRIPTION    SEX: Male,    SKIN COLOR: White,    AGE: 36 - 50 Yrs.,    HEIGHT: 5'9" - 6'0",
☒            HAIR COLOR: Brown,    WEIGHT: 161 - 200 Lbs.,
              Other identifying features:

WITNESS FEE    $    the authorizing traveling expenses and one day's witness fee was paid(tendered) to the
☐            Defendant.

Sworn to before me on this: 3/13/2007

_____
Notary Public

MICHAEL J. PALCZYNSKI
NOTARY PUBLIC STATE OF NEW YORK
Qualified in Niagara County
Commission#: 200704680
My Commission Expires
January 27, 2010

_____ ss
Print name below signature
Andrew D. Zimmermann

Client File#: