# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 07-0388 (ESH) |
| AMERICAN PAINTING, INC., *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

## ORDER

While proof of service of process in this case was accomplished on March 20, 2007, plaintiff has done nothing further to prosecute this case. Accordingly, it is this 5th day of April, 2007, hereby

**ORDERED** that by no later than April 20, 2007, plaintiff shall cause default to be entered and apply for entry of judgment thereon or show cause why a motion for entry of default has not been filed. If plaintiff fails to do this, the complaint will be dismissed for want of prosecution.

```
                                    /s/
                              ELLEN SEGAL HUVELLE
                              United States District Judge
```

Date: April 5, 2007