UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AMERICAN PAINTING, INC., *et al.*, )<br>)<br>Defendants. ) | Civil Action No. 07-0388 (ESH) |

### ORDER

While proof of service of process in this case was accomplished on March 20, 2007, defendants have not yet responded to the complaint. On April 5, 2007, the Court directed plaintiff to cause default to be entered and apply for entry of judgment thereon or show cause why a motion for entry of default has not been filed. The Court directed plaintiff to do so by April 20, 2007 and advised that failure to comply with the Court's Order would result in dismissal of the complaint for want of prosecution.

Accordingly, upon consideration of plaintiff's failure to comply with the Court's Order of April 5, 2007, it is hereby

**ORDERED** that pursuant to Federal Rule of Civil Procedure 41(b) and Local Civil Rule 83.23, plaintiff's complaint against defendants is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution.

/s/
———————————
ELLEN SEGAL HUVELLE
United States District Judge

Date: April 24, 2007